# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ARETHA D. BROWN,<br><br>        Plaintiff(s),<br><br>vs.<br><br>WYNN LAS VEGAS AND ENCORE RESORT, et al.,<br><br>        Defendant(s). | Case No. 2:16-cv-00156-RFB-VCF<br><br>NOTICE REGARDING<br>EX PARTE COMMUNICATIONS |

On February 4, 2016, the undersigned's chambers staff received a telephone call from Plaintiff inquiring about the early neutral evaluation process and potential dismissal of her case. As the Court's staff indicated on the telephone, parties and counsel are prohibited from contacting Court personnel *ex parte* to discuss matters pending in their case. *See, e.g.*, Local Rule 7-6(a). Moreover, except in very limited circumstances not present here, parties must request relief from the Court by filing an appropriate written request on the docket. *See, e.g.*, Local Rule 7-2(a) (all motions must be made in writing); Local Rule 7-1(a) (all stipulations must be in writing). As such, Plaintiff (and all other parties or counsel) shall refrain from calling chambers. The Court further reminds the parties and counsel that they must abide by the applicable rules and court orders, and that failure to do so may result in severe sanctions, including dismissal of a party's claims. *See, e.g.*, Local Rule IA 4-1.

    IT IS SO ORDERED.

    DATED: February 4, 2016

                                                    _____
                                                  NANCY J. KOPPE
                                                  United States Magistrate Judge