# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| ARETHA D. BROWN, | |
| Plaintiff, | 2:16-cv-00156-JAD-VCF |
| vs. | **ORDER** |
| WYNN LAS VEGAS & ENCORE RESORT, *et al.*, | |
| Defendants. | |

Before the court are Plaintiff's Motion for Pro Se Litigant to File Electronically (#7), Motion to Refer Case to Volunteer Lawyers Project (#8), and Motion to Extend Time to Procure Counsel (#10). Plaintiff's motions #7, 8 and 10 are denied for the same reasons as stated in the Report & Recommendation (#3). The undersigned judge has recommended that Plaintiff's Complaint be dismissed with leave to amend (#3). The report & recommendation is currently pending before the district judge.

Accordingly,

IT IS HEREBY ORDERED Plaintiff's Motion for Pro Se Litigant to File Electronically (#7), Motion to Refer Case to Volunteer Lawyers Project (#8), and Motion to Extend Time to Procure Counsel (#10) are DENIED without prejudice.

DATED this 12th day of February, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE