**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

ARETHA D. BROWN,

        Plaintiff,

vs.

WYNN LAS VEGAS AND ENCORE RESORT, *et al.*,

        Defendants.

2:16-cv-00156-RFB-VCF

**ORDER AND REPORT AND RECOMMENDATION**

Before the Court are Plaintiff's Motion for Pro Se Litigant to File Electronically (ECF No. 15) and Motion to Refer Case to Volunteer Lawyers (ECF No. 16).

On July 25, 2016, Judge Boulware adopted the undersigned's report and recommendation. (ECF NO. 13). Plaintiff was ordered to file an Amended Complaint to avoid dismissal with prejudice. *Id.* On July 29, 2016, Plaintiff filed an Objection to Judge Boulware's Order. (ECF No. 14). To date, Plaintiff has not filed an Amended Complaint.

Plaintiff has not complied with Judge Boulware's order (ECF No. 13).

Accordingly,

IT IS RECOMMENDED that this case is dismissed.

IT IS FURTHER ORDERED Plaintiff's Motion for Pro Se Litigant to File Electronically (ECF No. 15) and Motion to Refer Case to Volunteer Lawyers (ECF No. 16) are DENIED.

DATED this 18th day of August, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE