UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ARETHA D. BROWN, | Case No. 2:16-cv-00156-RFB-VCF |
| Plaintiff, | |
| vs. | |
| WYNN LAS VEGAS & ENCORE REORT; CARRIE MESSINA, Vice President of Human Resources, | **ORDER ADOPTING REPORT & RECOMMENDATION OF MAGISTRATE JUDGE CAM FERENBACH** |
| Defendants. | |

Before the Court for consideration is the Report and Recommendation (ECF No. 18) of the Honorable Judge Cam Ferenbach, United States Magistrate Judge. The Report and Recommendation recommends dismissing this case as the Plaintiff has not complied with this Court's Order (ECF No. 13). For the reasons stated below the Court adopts Judge Ferenbach's Report and Recommendation in full.

A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). A party may file specific written objections to the findings and recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Local Rule IB 3-2(a). When written objections have been filed, the district court is required to "make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); *see also* Local Rule IB 3-2(b).

In this case, Plaintiff filed an objection to Judge Ferenbach's Report and Recommendation (ECF No. 18) on August 18, 2016. ECF No. 19. However, this Objection is not responsive to the grounds upon which Judge Ferenbach recommended dismissal of Plaintiff's case. The Court has reviewed the record in this case and concurs with the Magistrate Judge's recommendation.

**IT IS THEREFORE ORDERED** that the Report and Recommendation (ECF No. 3) is **ADOPTED in full**.

**IT IS FURTHER ORDERED** that this case is DISMISSED. The Clerk of Court is ordered to close this case.

DATED: January 24, 2018.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE